UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RyiSHisa D. MORRIS, | ) | CIVIL ACTION |
| | ) | DOCKET NO. 2:17-cv-00448-NT |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE FISH SHACK, LLC, D/B/A BOONE'S FISH HOUSE AND OYSTER ROOM, LLC, | ) ) ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

NOW COME all parties who have appeared in the above-captioned matter and Stipulate to the dismissal of all claims with prejudice against Defendant The Fish Shack, LLC, d/b/a Boone's Fish House and Oyster Room, LLC.

Dated: April 2, 2019         /s/David G. Webbert
                             David G. Webbert, Esq.
                             Valerie Z. Wicks, Esq.
                             Attorneys for Plaintiff RyiSHisa D. Morris

JOHNSON, WEBBERT & YOUNG, LLP
160 Capital Street – P.O. Box 79
Augusta, Maine 04332-0079
(207) 623-5110
dwebbert@work.law
vwicks@work.law

DATED: April 2, 2019 /s/ Elizabeth G. Stouder
Elizabeth G. Stouder
Carol I. Eisenberg
Attorneys for Defendant The Fish Shack,
LLC, d/b/a Boone's Fish House and
Oyster Room, LLC

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME 04112-9545
(207) 774-7474